JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SHERLYN WILLIAMS, an individual; LORING WINN WILLIAMS, an individual; and KYLE WILLIAMS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHINO, a municipality sued in its official capacity, ABRAHAM DURAN, MATTHEW BALLANTYNE, CHRIS AVALOS,<br><br>Defendants. | Case No. 5:19-cv-01094-JFW-JDEx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ALL PARTIES AND ALL FEDERAL CLAIMS WITH PREJUDICE** |

The Court, having reviewed and considered the parties' Joint Stipulation for Dismissal of All Parties and All Federal Claims, With Prejudice and with good cause appearing, hereby **dismisses** all federal claims raised by Plaintiffs against Defendants as set forth in the First Amended Complaint.

Furthermore, the Court hereby declines to exercise supplemental jurisdiction of Plaintiffs' state law claims, pursuant to 28 U.S.C. § 13667(c)(3).

**IT IS SO ORDERED**.

DATED: July 14, 2020

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE